UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HORNOR RESOURCES (INTERNATIONAL),
                           Plaintiff(s),                      08 Civ. 8955 (RMB)

            -against-

GOLDEN WORLD ENTERPRISE,
                           Defendant(s).
-----------------------------------------------------------X

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 3/10/09]

**Richard M. Berman, U.S.D.J.:**

      Plaintiff having failed to appear before the Court on March 10, 2009 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

      **ORDERED,** the above-entitled action be, and the same hereby is, discontinued.

Dated:  New York, New York
           March 10, 2009

                                                               _/s/ RMB_
                                                   Hon. Richard M. Berman, U.S.D.J.